UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                        )          BK No.:    19-04127
Fres William Oquendo                          )
                                              )
                                              )          Chapter:  13
                                              )          Honorable Janet S. Baer
                                              )
                                              )
              Debtor(s)                       )

### ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN
### PURSUANT TO 11 USC 1329(d)

THIS CAUSE coming to be heard on Debtor's Motion to Modify Chapter 13 Plan Pursuant to 11 USC 1329(d) due proof of service of all parties entitled to notice, the court being advised,

IT IS ORDERED,

1.  The Debtor's Motion to Modify Plan is granted;

2.  The Court a) defers any default incurred, if any, to the end of this case, and (b) extends the 60 month plan as long as necessary (but not longer than 84 months after the first payment under the original confirmed plan was due) to complete the payment of the plan base pursuant to the Covid-19 Bankruptcy Relief Extension Act of 2021;

3.  The plan base remains the same.

4.  The Debtor has filed a case in District Court titled, Fres Ocquendo vs. The World Boxing Association 21-cv-00270.  In the event the Debtor enters into any agreement regarding this lawsuit during the term of this Chapter 13 Plan the Debtor will request this Court, prior to any distribution of proceeds, enter an Order regarding the payment of expenses for the Debtor in relation to any fight if one is agreed to and the distribution of any  proceeds of any lawsuit.  The Debtor will tender the amount above any exemptions, costs and liens on proceeds to the Chapter 13 Trustee for additional payment under the plan unless the Court orders otherwise.

Enter:

Janet S. Baer

Dated:  June 4, 2021                                   United States Bankruptcy Judge

**Prepared by:**

Paul M. Bach
Bach Law Offices
PO Box 1285
Northbrook, IL 60065
847-564-0808

Rev: 20120501_bko